

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 18, 2014

B.J. Allen Galloway
TDCJ-ID #01847377
Daniel Unit
938 FM 1673
Snyder, TX 79549

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers:  07-14-00325-CR, 07-14-00326-CR, 07-14-00327-CR,
07-14-00328-CR, 07-14-00329-CR, 07-14-00330-CR
Trial Court Case Numbers: 66223-E, 66224-E, 66255-E, 66256-E, 66257-E,
66258-E

**Style:** B.J. Allen Galloway v. The State of Texas

Dear Mr. Galloway and Mr. Sims:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Peggy Culp*

PEGGY CULP, CLERK

xc:  Honorable Douglas Woodburn (DELIVERED VIA E-MAIL)
Jana Smith (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)